832 F.2d 1503
 Fed. Sec. L. Rep. P 93,422, Fed. Sec. L. Rep. P 93,550
Ned SCHWARTZ, derivatively, on behalf and for the benefit of
BANKAMERICA CORPORATION, Plaintiff-Appellant,
v.
BANKAMERICA CORPORATION, Bank of America, Samuel H.
Armacost, Leland S. Prussia, J.M. McDaniel, Jr.,
A.W. Clausen, Charles R. Schwab, W.H.
Bolin, and Robert Frick,
Defendants-Appellees.
 No. 85-2732.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 23, 1987.
 
 Before SNEED, KENNEDY and BEEZER, Circuit Judges.ORDER
 
 
 1
 The petition for rehearing is granted. The opinion previously filed [826 F.2d 905] is withdrawn.